USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
STEPHEN RONAN,           :
                         :
            Plaintiff,   :    09 Civ. 7204(VM)
                         :
    - against -          :    **ORDER FOR REASSIGNMENT**
                         :    **TO WHITE PLAINS**
THAMER NABEN, et al.,    :
                         :
            Defendants.  :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

In reviewing the and complaint and other papers filed in this matter the Court notes that plaintiff Stephen Ronan ("Ronan") asserts that he was a firefighter in Yonkers, New York; that defendant Thamer Naben is the owner of the premises at 46 Caroline Avenue, Yonkers, New York the ("Premises"); and that third-party defendant Walter Irizarry was the tenant of the Premises at the time relevant to this action. The complaint indicates that the events giving rise to the claims asserted occurred as a result of injuries Ronan allegedly suffered in the line of duty on account of defendants' negligence in connection with a fire at the Premises. It therefore appears that in whole or in major part this action arose in Westchester County and that all or substantial parts of the material events, documents, persons and potential witnesses related to this action are located in Westchester County. Accordingly, pursuant to Rule 22 of the Rules for the Division of Business Among District Judges, in the interest of justice and sound judicial administration, it is hereby

**ORDERED** that the Clerk of Court is directed to reassign this case to White Plains.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         July 14, 2010

                                              VICTOR MARRERO
                                                 U.S.D.J.

-2-